IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UMAR GARVIN : CIVIL ACTION
:
v. :
:
POLICE OFFICER KEVIN PALMER, et al. : NO. 10-1294

MEMORANDUM

GOLDBERG, J.                                      JUNE 7th, 2010

    Plaintiff, an inmate at SCI Houtzdale, has filed a pro se 42 U.S.C. § 1983 civil rights complaint, in which he is alleging, in essence, that he is the victim of an illegal search and seizure, and that he was falsely arrested and imprisoned. In his prayer for relief, he is requesting money damages.

    Federal Rule of Civil Procedure 8(a)(2) provides that a pleading setting forth a claim for relief shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff's complaint is insufficient because he fails to adequately describe his state criminal proceedings. Since plaintiff is pro se, he will be granted leave to file an amended complaint to meet these pleading infirmities.

    If plaintiff intends to pursue this case, he must file an amended complaint in which he provides the following information: (1) the dates of his arraignment and preliminary hearing, (2) the date of his criminal trial and the outcome of said trial, and (3) the status of any ongoing appellate procedures in State Court.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UMAR GARVIN : CIVIL ACTION
:
v. :
:
POLICE OFFICER KEVIN PALMER, et al.: NO. 10-1294

ORDER

AND NOW, this 7th day of June, 2010, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to amend within thirty (30) days of the date of this Order. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.