# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UMAR GARVIN** | **CIVIL ACTION** |
| v. | |
| **KEVIN PALMER, et al.** | **NO. 10-1294** |

## ORDER

AND NOW, this 30th day of December, 2010, upon consideration of "Defendant Judge Susan I. Shulman's Motion to Dismiss Plaintiff's Complaint and Amended Complaint" (Doc. No. 14), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**