IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UMAR GARVIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN PALMER, et al.** | : | **NO. 10-1294** |

## SCHEDULING ORDER

**AND NOW**, this 2nd day of May, 2012, following a preliminary pretrial conference, it is **ORDERED** that:

1. All motions to amend the complaint and to join or add additional parties shall be filed within fourteen (14) days of the date of this Order.

2. Counsel are directed to contact Magistrate Judge L. Felipe Restrepo's chambers on or before **August 1, 2012**, to schedule a settlement conference.

3. All fact discovery shall be completed by **August 29, 2012.**

4. All motions for summary judgment and *Daubert* motions shall be filed no later than **December 12, 2012**.

5. Responses to motions for summary judgment and *Daubert* motions, if any, shall be filed no later than **January 18, 2013.**

6. Upon this Court's ruling on all motions, the parties should contact Chambers for a further scheduling order.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG**

Case 2:10-cv-01294-RBK   Document 46   Filed 05/07/12   Page 2 of 2