FILED
SEP 04 2018
KATE BARKMAN, Clerk
By: _____ Dep. Clerk

RECEIVED
SEP - 4 2018

Umar Garvin
    vs.                                Civil Action
Kevin Palmer, et al     no. 10-1294

Motion for 5 hundred billion dollars:
The Plaintiff Umar Garvin now
want 5 hundred billion dollars for
false arrest, false imprisonment, wrongful conviction, racism, and discrimination
practice.

                Thank you

        Umar Garvin

Umar Garvin
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 9316078

U.S.N.
X-RAY

United State district court
eastern district of Pennsylvania
601 market Street
Phila, P.A. 19106

