IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UMAR GARVIN, | |
| Plaintiff, | Civil No. 10-01294 (RBK) |
| v. | **ORDER** |
| KEVIN PALMER, et al. | |
| Defendants. | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on the motion of Defendants Kevin Palmer, Charles Ramsey, Robert Stock, and the City of Philadelphia for judgment on the pleadings (Doc. No. 87) on Plaintiff Umar Garvin's false arrest and false imprisonment claims, as well as Plaintiff's motions for ten billion dollars (Doc. No. 95), five hundred billion dollars (Doc. No. 96), and summary judgment (Doc. No. 97); and for the reasons set forth in the accompanying Opinion of this date; and

**IT IS HEREBY ORDERED** that Defendants' motion for judgment on the pleadings is **GRANTED**, and Plaintiff's motions are **DENIED**.

Dated: 12/3/2018

/s Robert B. Kugler
ROBERT B. KUGLER
United States District Judge