3. Umar Garvin Civil Action

vs. No. 10-1294

Kevin Palmer, et al.

Brief: The Plaintiff Umar Garvin is now Located at mAHAnoy Prison. I will like to be release from Prison and given 6 Thousand dollars, I file my Lawsuit on time. I Umar Garvin really want to get out to See my ~~twin brother and I want 6 Thousand~~ dollars for the vacated sentence. I feel manipulate and I feel like a Slave. Im Always in Prison, when I need is a hospital not Prison.

Amar Garvin
LX-9687
SCI-MAHANOY
P.O. Box 33028
St.Petersburgs, FL, 33733

INMATE MAIL
PA DEPT OF CORRECTIONS

United State district court
eastern district of Pennsylvania
601 market street
Phila, P.A. 19106