Umar Garvin
v
Kevin Palmer, et al

Civil Action
No. 10-1294

RECEIVED NOV 25 2019

Brief: The Plaintiff Umar Garvin filed Lawsuit in time, I was still serving time for the wrongful conviction when I first filed Law suit. I will like 21 million dollars in damages and 500 green gold bricks customly made. Please grant this order in my favorite. Thank you

Umar Garvin

Smart Communications/PADOC

SCI- MAHANOY

Name Umar Garvin

Number NX-9687

PO Box 33028

St Petersburg FL 33733

INMATE MAIL
PA DEPT OF CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
ZIP 17932 $ 000.50
02 4W
0000364159 NOV 21 2019

united states district court
eastern district of Pennsylvania
601 market street
Phila PA 19106